IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WE THE PEOPLE, UUSCLGJ,

    Plaintiff,

v.

CHIEF JUDGE WILLIAM M. CONLEY
and CHIEF CLERK PETER OPPENEER,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-745-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                                            4/15/2016

Peter Oppeneer, Clerk of Court                    Date